FIRST DEPARTMENT, JULY, 1963

(July 2, 1963)

■ MATILDE MULERO, as Administratrix of the Estate of JOSE ALVIRA, Deceased, Appellant, v. GREAT GEE FURNITURE CORP., Respondent.— Judgment for defendant unanimously reversed, on the law and the facts, and a new trial ordered, without costs. Although a verdict for the defendant would be consistent with the record, the court's instructions to the jury were so inadequate as to preclude a fair consideration of the factual problem. (*Molnar* v. *Slattery Contr. Co.*, 8 A D 2d 95, 100; *Fox* v. *Hindus*, 268 App. Div. 916.) At four separate points in the charge the court instructed the jury that plaintiff administratrix was required to show absence of contributory negligence of the infant decedent; and in the one point at which the court placed with the defendant the burden on this issue, the instruction was coupled with the proviso that "on the whole case" plaintiff has the burden of proof "in the manner in which I have outlined it" to establish "all of the matters which I have already mentioned." Concur — Botein, P. J., Breitel, Rabin, Eager and Bergan, JJ.